UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MARIO YOLEXIS SEGURA VASQUEZ,

                    Petitioner,

          v.

D MARIN et al,

                    Respondent.

Case No. 5:26-cv-01428-VBF-MAR

ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, the Report and Recommendation of the United States Magistrate Judge, and the objections filed.  The Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that judgment be entered **GRANTING** the Petition and **ORDERING** Respondents to immediately release Petitioner Mario **Yolexis Segura Vasquez (A-Number 244-201-823)** from custody subject only to the conditions of his preexisting parole; to return Petitioner to Miami, Florida (where he was unlawfully re-detained) to effectuate his release; to return all of Petitioner's belongings, including his identification documents, work authorization documents, and other possessions; to file a statement within one business day of Petitioner's release, attesting to Respondents' compliance with this Order; and to not re-detain Petitioner unless Respondents provide at least seven days' notice to Petitioner and his

counsel that they will seek a pre-deprivation custody hearing before a neutral arbiter at which the government bears the burden of proving, by clear and convincing evidence, that Petitioner is a flight risk or danger to the community, and that there are no conditions that will reasonably assure Petitioner's appearance and public safety, and that the arbiter consider Petitioner's ability to pay and alternatives to detention.

Dated: July 2, 2026

_Valerie Baker Fairbank_

HONORABLE VALERIE BAKER FAIRBANK
United States District Judge