UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO YOLEXIS SEGURA VASQUEZ,<br><br>               Petitioner,<br><br>          v.<br><br>D MARIN et al,<br><br>               Respondent. | Case No. 5:26-cv-01428-VBF-MAR<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge, **IT IS HEREBY ADJUDGED** that this Petition is **GRANTED**.  Respondents are **ORDERED** to immediately release Petitioner Mario **Yolexis Segura Vasquez (A-Number 244-201-823)** from custody subject only to the conditions of his preexisting parole; Respondents are **ORDERED** to return Petitioner to Miami, Florida (where he was unlawfully re-detained) to effectuate his release; Respondents are **ORDERED** to return all of Petitioner's belongings, including his identification documents, work authorization documents, and other possessions; Respondents are **ORDERED** to file a statement within one business day of Petitioner's release, attesting to Respondents' compliance with this Order; and Respondents are **ORDERED** to not re-detain Petitioner unless Respondents provide at least seven days' notice to Petitioner and his counsel that they will seek a pre-

deprivation custody hearing before a neutral arbiter at which the government bears the burden of proving, by clear and convincing evidence, that Petitioner is a flight risk or danger to the community, and that there are no conditions that will reasonably assure Petitioner's appearance and public safety, and that the arbiter consider Petitioner's ability to pay and alternatives to detention.

Dated: July 2, 2026

_Valerie Baker Fairbank_

HONORABLE VALERIE BAKER FAIRBANK
United States District Judge

2